# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0378

VERSUS

BRIAN HENRY PITTMAN                                   **JULY 18, 2022**

---

In Re:    Brian Henry Pittman, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 584,864.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                              **GH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT